# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:26mj159 |
| | ) | |
| | ) | |
| DARNELL LARON AULTON | ) | Charging District's Case No. 3:10cr170 |
| *Defendant* | ) | |

**FILED**
in the Middle District of
North Carolina

**May 18, 2026
2:55 pm**

Clerk, US District Court
By: _____ dmk

## WAIVER OF RULE 32.1 HEARING
**(Violation of Probation or Supervised Release)**

I understand that I have been charged with violating the conditions of probation or supervised release in a case

pending in another district, the *(name of other court)*    Western District of North Carolina    .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)    a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)    a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒    an identity hearing and production of the judgment, warrant, and warrant application.

☐    a preliminary hearing.

☐    a detention hearing.

☒    ~~an identity hearing, production of the judgment, warrant, and warrant application, and~~ any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    May 18, 2026

_Defendant's signature_

_Signature of defendant's attorney_

Eric D. Placke
_Printed name of defendant's attorney_