FILED
Charlotte
6/2/2026
U.S. District Court
Western District of N.C.

AO 442 (1/11) (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 0419 3:10CR00170- 001 |
| | ) | |
| | ) | |
| | ) | |
| Darnell Laron Aulton | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Darnell Laron Aulton ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☒ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Date:     2/15/17
_____     _____
                                                                     *Issuing officer's signature*

City and state:     Charlotte, NC          Frank G. Johns, Clerk of Court
                                                                     *Printed name and title*

---

### Return

This warrant was received on *(date)* __2-15-17__ , and the person was arrested on *(date)* __5-18-26__
at *(city and state)* __Greensboro, NC.__

Date: __6- 1-26__          _____
                                                     *Arresting officer's signature*

                                                     Addison Friedman, SDUSM (4)
                                                     *Printed name and title*